James Guy **ARNOLD**, Plaintiff–Appellant,

v.

**AMERICA ONLINE**, Defendant–Appellee.

No. 01–1559.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 22, 2001.

James Guy Arnold, pro se.

Laura Ann Heymann, America Online, Incorporated, Dulles, VA, for appellee.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**PER CURIAM.**

James Guy Arnold appeals from the district court's order dismissing his civil action pursuant to Fed.R.Crim.P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Arnold v. America Online*, No. CA–01–6–3 (N.D.W.Va. Apr. 5, 2001). Moreover, we deny Arnold's motions for appointment of counsel and free copies of the pleadings in this case.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*